01-15-01052-CR

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/9/2015 10:08:43 AM
CHRISTOPHER A. PRINE
Clerk

December 2, 2015

HONORABLE STACY BOND
176TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TX

Defendant's Name: LEINYUY ROBERT YANGEH

Cause No: 1473904

Court: 176TH

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 11/23/15
**Sentence Imposed Date:** 11/03/15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

(DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

STATE OF TEXAS

V

Leinyuy Yangeh

CAUSE NO.

1473903, 1473904

IN THE 176 COURT

OF

HARRIS COUNTY

TEXAS

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2015 NOV 23 AM 11: 32
BY_____ PROCESSING DEPUTY

## NOTICE OF APPEAL - GUILTY PLEA

### TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Leinyuy Yangeh defendant in the above entitled and number cause, and within 14 days of signing on November 3rd, files this notice of appeal prom his plea of guilty in Cause No. 1473903 and 1473904.

Defendant acknowledges that the plea in the above entitled cause was entered pursuant of the provisions of Article 1.15 of the Code of Criminal Procedure, and that the punishment assessed does not exceed that recommended by the prosecutor and agreed to by the defendant and his attourny, but further shows the court that defendant did not have full understanding of the plea and has made the mistake of signing for charge's he is not guilty of by reason of manipulation by lawyer and fear of outcome, that matters being raised in the appeal of this conviction, Thus, defendant tenders this notice as evidence of his desire to appeal the conviction in Cause No. 1473903 and 1473904

Respectfully submitted

Leinyuy Yangeh

"I Leinyuy Yangeh 02502821, being presently incarcerated in Harris County Jail, in Harris County, Texas, declare under penalty of perjury that he for going is true and correct.

EXECUTED ON 11-17-15        _Leinyuy Yangeh_

## ORDER

On this the _____ day of _____, 20___, came to be heard by me, the Defendant's NOTICE OF APPEAL and it appears to this court that this motion should be.

GRANTED: _____,
DENIED: _____ and it is
so ordered.

JUDGE PRESIDING



Cause No. K73904

THE STATE OF TEXAS

IN THE 176th DISTRICT COURT

v.

OF

Lainyuy Yangeh , Defendant

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a pea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☑ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

☐ this certification is made subsequent to a revocation of probation or adjudication of guilt.

NOV 3 - 2015

FILED
Chris Daniel
District Clerk

NUV 3 - 2015

Time:_____
Harris County, Texas
By_____
Deputy

_____
Judge

_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition of discretionary review in the court of appeals. TEX. R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

State Bar of Texas ID number: 24039833

Telephone number: _____

Mailing Address: 550 Westcott, #244, 77007

Fax number (if any): _____

Telephone number: 713-880-1148

Fax number: 713 - 880 · 081

*"A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only: (A) those matters that were raised by a written motion filed

1st

# APPEAL CARD

1-02-16

**Court**
176TH

**Cause No.**
1473904

### The State of Texas
### Vs
Leinyuy Yangeh

**Date Notice Of Appeal:** 11/3/15  11/23/2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Stacey Bond
**Court Reporter**_____
**Court Reporter**_____
**Court Reporter**_____

**Attorney on Trial** MARK MORASCH

**Attorney on Appeal** To Be Determined

**Appointed**_____ **Hired**_____

**Offense** Possession w/ Int Del CS PG1 >=4<200

**Jury Trial:** Yes_____ No ✓

**Punishment Assessed** 7 Years TDC

**Companion Cases (If Known)** 1473903

**Amount of Appeal Bond** N/A

**Appellant Confined:** Yes ✓ No_____

**Date Submitted To Appeal Section** 11-25-15

**Deputy Clerk** S. Charlesta